

**SEALED**

**\*\*\*\* NOTICE \*\*\*\***

**ORIGINAL**

I am a private, American sovereign civilian, and not a U.S. citizen. I am on peaceful, friendly terms with the United States.

This is a **private process,** and \***NOT**\* to be filed in the Record of the PUBLIC court case.

I do not Voluntarily Consent to be a party to your statutory, Emergency War Powers, *de facto* color of law, martial, military, enemy, alien jurisdiction.

Pursuant to this common law abatement, you have ten days to: 1) correct your Defective papers, as noted herein. Failure to do so will result in a **Default** and termination of this matter, for all time.

Any presumption that I've acquiesced to the statutory jurisdiction is repudiated, pursuant to the Common Law Maxim: *"The same way a thing is done, it is also undone."*

Any attempts by you, to traverse from your statutory venue into my private, special, and priority Common Law venue, shall be an unlawful invasion into my privacy, and abuse of your privilege of Office, resulting in monetary damages to me.

**Respond Precisely as addressed below:**
Bob Dale Presley, sui juris
General Delivery Non-Domestic
Rural Route 93518
Caliente, California
united States of America
the *de jure* Republic



# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Bob Dale Presley, sui juris,<br>Demandant.<br><br>against,<br><br><br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF TEXAS,<br><br>UNITED STATES OF AMERICA,<br><br>RESPONDENTS | )<br>)<br>)<br>)<br>)<br>)<br>) **Common Law Abatement**<br>)<br>)<br>)<br>) Dated: eighth Day of the<br>)           second Month<br>)           two thousand twenty<br>) |

## Common-Law Abatement

**Common Law abatement By** Bob Dale Presley, **a free man, sui juris:**

In the matter of a **""SUMMONS / ORDER", in the case styled as "SYBIL JOY EHNINGER HIGH VS TARRANT COUNTY JUSTICE COURT PRECINCT ONE, et al.,", CASE NO. 4:19-mc-00019-O – filed in the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**, an Emergency war powers "*court*", *improperly served and simply hung on the gate of home* on me on the thirtieth Day of the First Month two thousand twenty;

## To All and Sundry Whom These Presents Do or May Concern:

### INTRODUCTION

This is a Common Law Abatement issued pursuant to common law rules applicable to such cases, against THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, and THE UNITED STATES OF AMERICA, both of which are statutorily created, de facto bankrupt corporations, and their agents, i.e.: REED O'CONNOR, UNITED STATES DISTRICT JUDGE, 501 WEST 10TH STREET, ROOM 310, FORT WORTH, TEXAS 76102, and CLERK KAREN

MITCHELL, 501 WEST 10TH STREET, ROOM 310, FORT WORTH, TEXAS 76102, all acting **Alien Enemy agents** (herein when used collectively "Alien Enemy Agents", "you", "your") of a statutorily created, foreign de facto corporation, known as THE UNITED STATES OF AMERICA and/or any of its subdivisions e.g., STATE OF TEXAS. This Common Law Abatement is for the abatement of said "SUMMONS / ORDER" and the attached complaint and other sundry attachments.

Said Alien Enemy agents are imposters, imposing provisions of a contract counter to public morals, and as belligerents, are in violation of International Law and The Law of Nations.

This matter shall be known as "Common Law Abatement" and contains the following documents titled:

   I.   Common Law Abatement and Return of Papers and Averments
   II.  Discussion
   III. Ordering Clause
   IV.  Verification
   V.   Signing

# Chapter One:

# Common Law Abatement and Return of Papers and Averments

You will find enclosed, the following items:

**"SUMMONS / ORDER", styled as "UNITED STATES OF AMERICA / United States of America VS Robert Pressley", CASE NO. 4:19-mc-00019-O – filed in the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS and all attached papers.**

All papers were found in the public record and received, but <u>**are rejected without recourse to me,**</u> and are returned, herewith, as for the reasons set forth below:

Comes Now, a private, American sovereign civilian, Bob Dale Presley, humbly extending Greetings <u>**at arm's length,**</u> and without enjoining any jurisdiction of said "COURT" to exercise any Powers, of any type, over me in this Matter.

I hereby return your defective papers, which are <u>**rejected in their entirety**</u>.

*Notice:* I do not consent, or volunteer, to enter into a contract or agreement with this court.

*Notice:* I do not consent, or volunteer, to be identified by any *Nom de Guerre,* spelled or styled in all capital letters, or that of a misnomer.

*Notice:* I disclaim any trust that is *presumed* to exist between me and the court / prosecution.

*Notice:* I do not consent, or volunteer to be surety or the trustee for any artificial entity, e.g. Robert Pressley, named as defendants in your paperwork.

*Notice:* All appearances that have been made, if any, have been in the capacity of beneficiary of the Bob Dale Presley estate, and thus, no jurisdiction can be presumed to have been conferred to the "court", and any such presumption is, herein, repudiated.

*Notice:* In accordance with Article 6 section 3 of the Constitution for the United States of America, I accept all court officers' oaths of their respective offices, to uphold, preserve, protect, and defend the Constitution for the united States of America, the *de jure* Republic.

*Notice:* Because of this oath, the Alien Enemy Agents, i.e. PROSECUTOR REED O'CONNOR, UNITED STATES DISTRICT JUDGE, and CLERK KAREN MITCHELL, entered into voluntarily by each of you, I demand and insist on Constitutional, civilian, peacetime, non-emergency, due process under the Common Law, protecting my rights to Life, Liberty, private property, and all Rights endowed by God.

*Notice:* As a Private, American sovereign civilian, I am not subject to the Trading With the Enemy Act, as amended by the Emergency Banking Relief Act of 1933.

*Notice:* When a Common Law Abatement is before a court, that court is charged with, according to the Demandant, the benefit of the doubt. In addition, courts shall take cognizance of the law which provides: Where conditions for its issuance exist, **abatement is a matter of right**, not of discretion; the misnomer or mis-description of a party defendant is grounds for abatement; and, grounds for abatements are the same for equity and common law cases.

*Notice:* All appearances, if any, in your emergency war powers, statutory, de facto courts, are under threat of arrest, duress, and coercion, and thus not voluntary, which invalidates any assumption of granting jurisdiction or authority, to said court.

# Returned papers contain the following Marks of Fraud:

*Notice:* The law of agency shall apply, thus, service upon the **CLERK KAREN MITCHELL**, shall serve as service upon the JUDGE, and PROSECUTOR REED O'CONNOR, UNITED STATES DISTRICT JUDGE in this matter.

# Mark my Words:

**Mark: one:**

Your papers do not have, upon their face, My full and correct Christian Appellation with upper and lower case letters, i.e. Bob Dale Presley and are herewith returned, as they do not apply to me; and,

**Mark: two:**

For the de facto offices of the private business, THE UNITED STATES OF AMERICA, a *de facto* Corporation, do not have any affiliation or association with the sovereign *de jure* Republic, known as the united States of America, and is entirely illegal, since inception; and,

**Mark: three:**

For the *de facto* UNITED STATES OF AMERICA is a private-for-profit corporation, trading in securities, and is not registered with the *de jure* office of the Secretary of State of the united States of America, the Republic, and therefore, does not have a Charter while in operation of law; and,

**Mark: four:**

For the men and women acting as agents, judges, clerks, prosecutors, officers, etc., in the *de facto* UNITED STATES OF AMERICA, are usurping the authority of the *de jure* offices of the *de jure* Republic, the authority of the sovereign men and women called "We the People," in and for the *de jure* Republic, and the power of posse comitatus; and,

**Mark: five:**

For without the authority of men and women holding the office of the people, there can be no officer, neither *de jure* nor *de facto*. For if the men and women, in and for the *de jure* Republic, holding the office of the people, have not authorized such an office, then there can be no office to fill; and,

**Mark: six:**

For the men and women holding the office of the people, have never authorized any act attempting to create the *de facto* office of CLERK, JUDGE, or any other entity, to govern the men and women, in and for the *de jure* Republic, and therefore, no such law of office ever came into existence; and,

**Mark: seven:**

For the *de facto* officers of the de facto Corporation called THE UNITED STATES OF AMERICA are pretending that they hold the *de jure* offices, however, the Common Law has never recognized their Emergency War Powers, pretensions to govern the people in

and for the *de jure* Republic, and do not possess any lawful standing or enforcement authority, to touch the living flesh and blood body of a free man, or to imprison anyone without their voluntary consent, which I do not give; and,

**Mark eight:**

**In fact, voluntary consent is the only thing that prevents you from being charged with High Treason against the United States. To violate my Rights, after having received Notice that I do not voluntarily consent, is to commit war against the Constitution for the united States of America, the Republic, and treason against the Republic of the united States of America**; and,

**Mark: nine:**

For the de facto officers of THE UNITED STATES OF AMERICA are illegally doing business on the land, and are completely foreign-owned, do not have any authority to attach threatening artificial entities, and accounting book entries, to the living, flesh and blood body; and,

**Mark: ten:**

Your papers allege violations of a law, foreign to My Venue, which no Oath, Promise, or Law attaches Me thereto; and,

**Mark: eleven:**

Your office is not established in the Constitution for the united States of America, the Republic; and,

**Mark: twelve:**

Your papers have no foundation in Law; for the reason, they are not from an Office recognized by "We the People", or the General Laws of the united States of America, the Republic; and,

**Mark: thirteen:**

You have failed to present me with a claim from a damaged man or woman, and thus, your papers lack jurisdictional facts necessary to place, or bring me, the living free man, within your venue; and,

**Mark: fourteen:**

Your papers are unintelligible to Me based upon the following: They are not written in Proper English; being such, they fail to apprise Me of the Nature of any matter alleged, if in fact your allegations have any foundations at all; and,

**Mark: fifteen:**

Your papers fail to affirmatively show, upon their face, lawful authority for your presence in My private common Law Venue; and,

**Mark: sixteen:**

Your papers fail to affirmatively show, upon their face, the necessity and authority for your entry upon My Privacy; and,

**Mark: seventeen:**

Your papers fail to affirmatively show, upon their face, your authority to violate, arrest, detain, or disparage Me, in any way; and,

**Mark: eighteen:**

Your papers have no Warrant in Law, and are not Judicial in Nature; and,

**Mark: nineteen:**

Your papers are not sealed with authority, recognized in the united States of America, the Republic; and,

**Mark: twenty:**

Your papers fail to disclose any legal connection between Myself and your Office; and,

**Mark: twenty- one:**

Your papers are incomplete and defective, upon their face, due to insufficient Law.

### *Ex Dolo malo non oritur Actio*
### "No action can arise out of fraud"

# Chapter two:

# Discussion

### Firstly:

Whereas, pursuant to Constitutional Due Process requirements, said **Alien Enemy agents,** are **not** *de jure* state judicial officers having power to issue Orders, judgments, etc., of any kind; and,

**Secondly:**

Your paperwork is absent a claim in conformity with the Common Law alleging a damage to have been caused by me, to another living man or woman, or their property. Therefore, there is no basis for which subject matter may be obtained, and thus, no relief can be granted; and,

**Thirdly:**

Whereas, the defective papers being returned to you concern an unlawful attempt by the Alien Enemy Agents to force a contract / agreement upon me, and further, they impose upon My Right of Privacy; and,

**Fourthly:**

Whereas, My Privacy is a Constitutionally secured Right; and therefore, returned papers concerning an unlawfully imposed contract are harassment, and a public nuisance; and,

**Fifthly:**

Whereas, said Alien Enemy agents are attempting to obtain my **voluntary consent to participate in an alien court, foreign to my Venue, which I do not grant, nor voluntarily consent to**; and,

**Sixthly:**

Whereas, the defendants named on your defective paperwork, specifically Robert Pressley, are legal fictions, and have nothing to do with me, Bob Dale Presley; and,

**Seventhly:**

My name, Bob Dale Presley, does not appear on your paperwork. Thus, your paperwork is defective on its face, for failing to identify me, anywhere therein; and,

**Eighthly:**

Whereas, said defective paperwork is being returned to you, "<u>**refused for cause - without recourse to me**</u>"; and,

**Ninthly:**

The "court", prosecutor and any other party who is / are responsible for issuing the defective paperwork, are only valid in a foreign and alien jurisdiction to me, and I do not voluntarily consent to be subject to it; and,

### Tenthly:

The sole jurisdiction claimed by me, in this matter, is common law, and there being no claim from an alleged damaged party against me, there is no basis upon which jurisdiction can be acquired against me.

The political authority for this matter is pursuant to **THE UNITED STATES OF AMERICA,** which is a fiction. Pursuant to the Maxim of Law, "Fiction can arise from the law, but law cannot arise from fiction", you are incapable of creating any "law" which can be applied to a living man or woman, without their voluntary consent, which I do not give; and,

### Eleventh:

And whereas, according to the custom in the united States of America, the Republic, The Law of Nations, and The Law of War, said Alien Enemy agency, i.e., **THE UNITED STATES OF AMERICA,** operating exclusively pursuant to Emergency War Powers and the law of necessity, cannot invade or usurp My sovereign Dominion, without being criminally liable, and committing High treason and sedition against the united States of America, the Republic; and,

### Twelfth:

And whereas, your records are usurping My Authority, in and over My Dominions:
And whereas, My Immunity from invasion is a recognized, General custom, in this *de jure* Republic; and,

Now therefore, your records, which are usurping My Authority, are a disturbance of the public peace, a public nuisance, and a trespass upon Me, and My Dominions; and,

### Thirteenth:

Whereas, your records contain extraneous symbols, such as 01/09/20, which symbology *presumably* appears to denote some sort of record of time, but is unfamiliar to Me; for the *reason,* I Measure time in years of The Lord Jesus the Christ, in accordance with the use of Proper English i.e., in upper and lower case letters, and in the customs and usages in this *de jure* Republic; and,

### Fourteenth:

Whereas, provisions of the people's customs and moral Law, forbids Me use of said unrecognized way of measuring time; and,

### Fifteenth:

Whereas, your records contain scandalous and libelous matter, all to My harm, in particular, and to this *de jure* nation in general; and,

**Sixteenth:**

Your papers are not written in proper English. A misnomer is **any spelling of a name contrary to the long established Rules of English grammar**, and the way in which one **customarily writes his name**. Thus, a *nom de guerre*, a name spelled in all capital letters, such as BOB DALE PRESLEY JR., is incorrect, according to the Rules of English, and is thus fictitious, and a misnomer.

# Now, therefore:

I am returning all of your **defective, illegible papers,** and shall, henceforth, exercise My Right of Avoidance; for the reason: they are irregular, unauthorized, misnomer, defective upon their face, and utterly null and void, and are, herewith, abated as a public nuisance.

There are no factors known to me, in Law, which would warrant adjustment of the Abatement, due to a Conflict of Law.

# Wherefore:

Until this Conflict of Law is resolved, your sworn Oath of office **requires,** and I **demand and require** you, to perform the following functions, before this matter can be heard in a Common Law Court, to wit;

**First:**

The corrected paperwork must cure **all** the defects, as noted in this abatement.

The Alien Enemy Agents: JUDGE, PROSECUTOR, and CLERK, are all hereby commanded to abandon, refrain, and terminate, the use of any type of Law, other than English-American Common Law, to adjudicate this matter.

**Second:**

All operation of Emergency War Powers "law" utilized by the *de facto*, corporate fiction UNITED STATES OF AMERICA, is hereby suspended in this matter for all time, along with the use of threats, deceit, trickery, magic, and wizardry, and shall also cease to be used by you, when dealing with, talking to, and approaching Bob Dale Presley.

**Third:**

Further, you shall desist for all time of using any type of mental abuse, threats of arrest or detainment, claims of oppression, and release the Demandant, a living free man, from any and all illegal bond(s) he is being held on (or threatened with), and cease any other mental delusion of trickery and deceit, being utilized by said **Alien Enemy Agents** of the *de facto* UNITED STATES OF AMERICA.

**Fourth:**

To proceed in this matter, Common Law requires, and I demand, you to produce and provide me with a claim in conformity with same, alleging a damage caused by me, to another living man or woman.

**Fifth:**

Whereas, in order for me to be a party to your paperwork, my true and correct Christian appellation, i.e., Bob Dale Presley, must appear on it, in every place where you are attempting to identify me, or it shall remain null and void in its entirety, *ab initio*.

**Sixth:**

The corrected paperwork must clearly state that the jurisprudence of the matter is the exclusive English-American Common Law, and be in complete and total conformity therewith.

**Seventh:**

The corrected paperwork must clearly state the political authority for this matter in the united States of America, the Republic.

**Eighth:**

The corrected paperwork must clearly state the court hearing the matter is operating in a *de jure* capacity, under exclusive English-American Common Law.

**Ninth:**

The corrected paperwork must clearly state the judge and court is acting in a purely Judicial capacity.

**Tenth:**

Whereas, your records contain extraneous symbols, such as 01/09/20, which symbology appears to denote time, but is unfamiliar to Me; for the *reason,* I measure time in years of The Lord Yashusa, and all dates must be spelled out, i.e., twenty ninth Day of the third Month two thousand nineteen. And whereas, provisions of the peoples' customs and moral Law forbids Me use of said unrecognized way of measuring time.

**Eleventh:**
All aspects of your corrected paperwork must be in full compliance and conformity of all the Rules of the English language, in every regard and aspect, in order to be valid.

**Twelfth:**

Your process must be issued, under seal, from a Court appertaining to the *de jure* Judicial Branch of the united States of America, the Republic, and must be operating under exclusive judicial power.

**Thirteenth:**

That said Process be based on sworn Oath or Affirmation from a Damaged Victim, with a sworn claim under the penalties of perjury, or a competent Witness, with first hand, personal knowledge, of the alleged facts thereto.

Until the above is corrected in full, as I have outlined, I, Bob Dale Presley, a private, American Sovereign Civilian, will henceforth maintain My **Right of Privacy,** and exercise My **Right of Avoidance,** and stand upon the grounds set out above.

Accordingly, I am invalidating and expurgating your records, for the following reasons:

a) Your defective paperwork is rife with irregularities, defects, unauthorized misnomers, contrary, and
b) Your defective paperwork contains unrecognized use of the English language, and as a result, are defective upon their face, and
c) Your defective paperwork completely fails; being fraudulent and invalid, and are herewith abated for being a public nuisance.

There appear to be no factors which would warrant adjustment of the Abatement, due to a conflict of Law.

# Chapter three:

# Ordering Clause

If an any living man or woman has any claim or argument against me, Bob Dale Presley, let them swear out an affidavit attesting to the injury they claim I caused, on the record of the court, to invoke the Common Law, under civilian due process.

My objections herein will make it possible for the complainant, or accuser, to issue corrected paperwork, in conformity with exclusive English-American Common Law, which is the primary purpose of matters in abatement.

Pursuant to the Constitution for *the de jure* united States of America, Republic, at Article IV, Section one and Section two, Clause one, the following American Maxim of Law is binding in all of the states of the American Union; wherein it does say, that **"Every direction of a court or judge, made or entered in writing, and not included in a judgment, is denominated an order."**

Said Respondents shall abate the matter, and cease and desist in all ways of attempting to impose surety-ship/trustee-ship upon Me, through the illegal, unlawful, and immoral attachment and attempt to identify me, the living man, by the use of a *fictional name, nom de guerre, persona designata, i.e.,* BOB DALE PRESLEY JR..

Additionally, Said Respondents shall abate the matter within ten (10) days of the receipt of this Common Law abatement, or show cause, in writing, to me, why the Abatement should not lie.

Any and all written responses must include a detailed factual statement, and supporting documentation, having standing **in** the English-American Common Law. If more time than ten (10) days is needed to respond, it may be granted on timely written request of the Respondents.

Failure to comply, by obeying this court order, or failure to respond in the time prescribed, herein, will result in **Default,** and a **Default Judgment**, thus closing and settling the matter for all time.

Should a default arise, and Respondents continue to pursue the matter, they shall be liable to me for damages, as outlined in a document entitled "My Law", Civil liabilities, or Criminal punishment, or all three, pursuant to 'The Law of Nations,' 'The Law of War', and the Constitution for the united States of America, the Republic, and the *lex non scripta* in this *de jure* Republic;

All responses to this instant matter should be marked with the court case number, and directed to the following location:

Bob Dale Presley, *suae potestate esse*
General Delivery Non-Domestic
Rural Route 93518
Caliente, California
united States of America
the *de jure* Republic

This Good and Lawful Christian free man, and private, American sovereign civilian, will henceforth, exercise My Right of Avoidance and maintain My Dominions, My Immunities, and Our customs and usages, and stand upon the grounds set out above:

*\* Vigilantibus, non dormientibus, Jura subveniunt \**
*The law assists those that are vigilant with their rights, and*
*not those that sleep thereupon.*

# Chapter four:

# Verification

In Witness, Whereof, knowing the law of bearing false witness before God and men, I solemnly affirm, that I have read the annexed Non-statutory Abatement and know the contents thereof; that the same is true of my own knowledge, except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true.

Dated this eighth Day of the second Month, two thousand and twenty, and the two hundred forty fourth year since the independence of the united States of America, the Republic.

### Sign Manual

_Bob Dale Presley_
Bob Dale Presley, *suæ potestate*
Private man,

# Chapter five:

# Sign Manual (witnesses)

On this ~~twenty~~ SIXTH ~~second~~ Day of the SECOND ~~eleventh~~ Month, in the year of The Lord Savior Yashua, two thousand TWENTY, We, the undersigned Good and Lawful Christian Men / Women in this Republic, having ascertained that our Brother, Bob Dale Presley, has read and knows the contents of this Abatement, witnessed his execution and sealing of the same, and do herewith testify to the foregoing by voluntarily setting Our Hand and Sealing this Abatement.

**Sign Manual**

I have the Honor of being a Private American:

_____   (thumb print_____), *suae potestate esse*
Printed Name

_____
Autograph

**Sign Manual**

I have the Honor of being a Private American:

Frederick Rodis.   (thumb print_____), *suae potestate esse*
Printed Name

_____
Autograph

**Sign Manual**

I have the Honor of being a Private American:

RICKY HAMMERSLEY   (thumb print_____), *suae potestate esse*
Printed Name

Rick Ham
Autograph

# Enclosed / Referenced: Defective papers relating to:

"SUMMONS / ORDER", in the case styled as "SYBIL JOY EHNINGER HIGH VS TARRANT COUNTY JUSTICE COURT PRECINCT ONE, et al.,", CASE NO. 4:19-mc-00019-O – filed in the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS with attached complaint and other sundry papers.

Courtesy copy mailed to:

REED O'CONNOR, UNITED STATES DISTRICT JUDGE
501 WEST 10TH STREET, ROOM 310
FORT WORTH, TEXAS 76102

Via. U.S.P.S. Certified Mail # 9402 9108 9876 5053 5069 38

Green Card #: _____

**Notice to agent is notice to Principal**

**Notice to Principal is notice to agent**